AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Painters District Council No. 30

V.

Marco Sanchez d/b/a/ Vision Interior Drywall Corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 888**

**JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Marco A. Sanchez
Vision Interior Drywall Corporation
3828 West 121st Street
Alsip, IL 60803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145   (312) 372 - 1646

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

------------------------------------
(By) DEPUTY CLERK



**February 11, 2008**
------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 26th, 2008 |
| NAME OF SERVER (PRINT) Philip M. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

**(G) Other (specify):** Personally handed the Summons and the Complaint to Mrs. Elizabeth Sanchez, wife of Mr. Marco A. Sanchez, d/b/a Vision Interior Drywall Corporation. Service was effected at the office/residence of Mr. Marco A. Sanchez, at 3828 West 121'st Street, in Alsip, Ill., at 4:01 p.m., on February 26'th, 2008.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 26th, 2008        *[signature]*
              Date                 Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.