UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCO SANCHEZ d/b/a )<br>VISION INTERIOR )<br>DRYWALL CORPORATION )<br>)<br>Defendant. ) | Judge Lefkow<br><br>Case No. 08-C 888 |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Painters District Council No. 30, through counsel and pursuant to Fed.R.Civ.P. 55, requests that this Court enter judgment against Defendant Marco Sanchez d/b/a Vision Interior Drywall Corporation. ("Vision"). In support of said motion, Plaintiff states as follows:

1. On February 11, 2008, Plaintiff filed its complaint to pursuant to the Federal Arbitration Act and Labor Management Relations Act to enforce an enforce Joint Trade Board's Decision and Award.

2. Defendant was personally served with a copy of the summons and complaint on February 26, 2008.

3. Defendant's responsive pleading was due on March 17, 2008. To date, no responsive pleading has been filed and Defendant is in default.

4. A proposed Order is attached as Exhibit A hereto.

WHEREFORE, Plaintiffs request that the Court enter judgment for it and against Defendant Marco Sanchez d/b/a Vision Interior Drywall Corporation as follows:

A. Confirm the Joint Trade Board's Decision and Award and enter judgment against Defendant for $4,909.37 in damages;

B. Enter Judgment for Plaintiff in the amount of $1,954.50, representing $1,579.50 in attorneys' fees and $375.00 in costs; and

C. All other relief as this Court deems just and proper.

Respectfully submitted,

s/Sherrie E. Voyles  
Sherrie E. Voyles  
One of Plaintiff's Attorneys

Jacobs Burns Orlove Stanton & Hernandez  
122 S. Michigan Avenue Suite 1720  
Chicago, IL 60603  
(312) 327-3444  
svoyles@jbosh.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS - EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCO SANCHEZ d/b/a )<br>VISION INTERIOR )<br>DRYWALL CORPORATION )<br>)<br>Defendant. ) | Judge Lefkow<br><br>Case No. 08-C 888 |

### FINAL JUDGMENT ORDER

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the supporting documents, and following due notice to Defendant, it is hereby:

ORDERED that the JTB's Award is confirmed in the amount of $4,909.37; and

ORDERED that attorneys' fees and costs are awarded in the amount of $1,954.50;

ORDERED that judgment against Defendant is entered in the total amount of $6,863.37.

_____
**Judge Lefkow**

DATED: _____


EXHIBIT A