UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| MARCO SANCHEZ d/b/a | ) | Case No. 08-C 888 |
| VISION INTERIOR | ) | |
| DRYWALL CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SHERRIE E. VOYLES

I, Sherrie E. Voyles, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1.    I have been employed as an attorney with the Chicago, Illinois law firm of Jacobs, Burns, Orlove, Stanton & Hernandez ("JBOSH") since July of 1997. I represent the Plaintiff in this matter. I have personal knowledge of the facts set forth in this declaration and am competent to testify if necessary.

2.    I received my Juris Doctorate degree from the University of Toledo, College of Law in 1990. I was admitted to the Michigan bar in 1990, the Ohio bar in 1991 and the Illinois bar in 1997, and have practiced law continuously since that time. I am also admitted to practice before: the United States Court of Appeals for the Sixth Circuit and the Seventh Circuit, the United States District Court for the Northern District of Illinois, the Eastern District of Michigan, and the Western District of Ohio. Additionally, I am a member of the Trial Bar of the United States.

3.    I am the attorney responsible for this matter. I have reviewed my firm's billing records on this matter and performed the work in connection with this case. I spent 7.1 hours

drafting and filing the complaint, research in preparation for the final default judgment

pleadings, drafting and finalizing this motion, the notice, the judgment order, my declaration,

assisting Charles Anderson in preparing his declaration, and included an anticipated minimum of

1 hour traveling to and attending the motion hearing on this matter for a total of 8.1 hours.

6.    The billing rate for the services performed by myself is $195.00 so the attorneys'

fees are $1,579.50.

7.    Plaintiff also incurred costs totaling $375.00 in connection with this matter: (a)

$350.00 - filing fee; and (b) $25.00 - service of process fee.

8.    The above fees and costs all were necessary and are reasonable in amount.

Executed on June 3, 2008.

_____
Sherrie E. Voyles