UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCO SANCHEZ d/b/a )<br>VISION INTERIOR )<br>DRYWALL CORPORATION )<br>)<br>Defendant. ) | Judge Lefkow<br><br>Case No. 08-C 888 |

To:  Marco Sanchez
.     3828 West 121st Street
      Alsip, IL 60603

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on June 10, 2008, at 9:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge Lefkow in Room 1925, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Motion for Entry of Final Default Judgment.


                    /Sherrie E. Voyles
                    Sherrie E. Voyles

JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646


## CERTIFICATE OF SERVICE

    I, Sherrie E. Voyles, an attorney, certify that I served a copy of Plaintiff's Motion for Final Default Judgment upon the above named individual via first class mail, postage prepaid before 4:00 p.m. this 3rd day of June, 2008.

                    /Sherrie E. Voyles
                    Sherrie E. Voyles

Case 1:08-cv-00888     Document 9     Filed 06/03/2008     Page 2 of 2