Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 888 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Painters District Council No. 30 vs. Marco Sanchez | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of final judgment [7] is granted. Enter Final Judgment Order. Judgment entered in favor of plaintiff and against defendant in the total amount of $6,863.37. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|