UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS - EASTERN DIVISION

PAINTERS DISTRICT COUNCIL NO. 30 )
)
               Plaintiff, )
)
v. )   Judge Lefkow
)
MARCO SANCHEZ d/b/a )   Case No. 08-C 888
VISION INTERIOR )
DRYWALL CORPORATION )
)
               Defendant. )

### FINAL JUDGMENT ORDER

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the supporting documents, and following due notice to Defendant, it is hereby:

ORDERED that the JTB's Award is confirmed in the amount of $4,909.37; and

ORDERED that attorneys' fees and costs are awarded in the amount of $1,954.50;

ORDERED that judgment against Defendant is entered in the total amount of $6,863.37.

*[signature]*
Judge Lefkow

DATED: **JUN 1 0 2008**